**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1610**

———————

JOHN S. STRITZINGER,

             Plaintiff - Appellant,

        v.

TRAVIS COUNTY, TEXAS; JWS, minor; LLS, minor; HMS, minor;
KATHERINE WRIGHT, On Behalf of Minor Children LLS, JWS, HMS,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Terry L. Wooten, Chief District
Judge.  (3:15-cv-01938-TLW)

———————

Submitted:  November 1, 2016          Decided:  November 3, 2016

———————

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John S. Stritzinger, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John S. Stritzinger seeks to appeal the district court's order adopting the magistrate judge's report and dismissing his civil action without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541, 545-46 (1949). Because the district court adopted the magistrate judge's report concluding that Stritzinger's complaint lacked sufficient factual allegations to state a plausible claim pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 to 1482 (2012), we conclude that the order Stritzinger seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. <u>See</u> <u>Goode v. Cent. Va. Legal Aid Soc'y, Inc.</u>, 807 F.3d 619, 623-24, 629-30 (4th Cir. 2015). Accordingly, we deny Stritzinger's motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>

2